DEVRY INC
Student Accounts Center
Change Of Address
814 Commerce Drive Oakbrook, Illinois 60523

DEVRY INC/ADTALEM GLOBAL EDUCATION
Student Accounts Center
New Address
1200 East Diehl Road Naperville, Illinois 60563

Case # 15-17405-elf
Renata D Bradley

