IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : Chapter 13 |
| Renata D Bradley | : Case No. 15-17405-elf |
| Debtor(s) | |

NOTICE OF PRAECIPE TO CHANGE ADDRESS

Pursuant to the above-captioned matter, kindly mark the court record of the debtor's new address as follows: 8116 Forrest Avenue, Philadelphia, PA 19150.

/s/ David M. Offen
David M. Offen, Esquire
Curtis Center, 1st Fl., Ste 160 W
601 Walnut Street
Philadelphia, PA 19106
215-625-9600

Dated: November 8, 2019