United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-17405-elf
Renata D Bradley                                                        Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 3              Date Rcvd: Dec 30, 2019
                              Form ID: 138NEW          Total Noticed: 60

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 01, 2020.
```
db         +Renata D Bradley,    8116 Forrest Avenue,    Philadelphia, PA 19150-2402
cr         +Credit Acceptance Corporation,    25505 West Twelve Mile Rd,    PO Box 513,
             Southfield, MI 48037-0513
13614734   +A.I. Consulting LLC,    PO box 611,    Narberth, PA 19072-0611
13614735   +Abington Emergency Physicans,    PO Box 3012,    Wilmington, DE 19804-0012
13614736   +Abington Obstetrical,    1200 Old York Road,    Abington, PA 19001-3788
13614737   +Abington Pediatric Assoc,    1047 Old York Road,    Abington, PA 19001-4617
13614738   +Acs/Dept Of Ed,    501 Bleecker St,    Utica, NY 13501-2401
13614739   +Aes/M&T Elt - Pheaa,    Po Box 61047,    Harrisburg, PA 17106-1047
13614740   +Aes/Pheaa,    Po Box 61047,    Harrisburg, PA 17106-1047
13679758   +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13614746   +Commonwealth of Pa,    11 Union Avenue Suite 100,    Bala Cynwyd, PA 19004-3344
13614748   +Credit Acceptance,    Po Box 513,    Southfield, MI 48037-0513
13615596   +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
13629816   +Credit Acceptance Corp.,    c/o William E. Craig, Esq.,    Morton & Craig, LLC,
             110 Marter Ave., Ste. 301,    Moorestown, NJ 08057-3125
13614753   +Debt Litigation Specialists Law Offices,    PMB #141,    8001 Castor Avenue,
             Philadelphia, PA 19152-2701
13614775   +Des Moins City Clerks Office,    PO Box 10326,    Des Moines, IA 50306-0326
13637903   +Devry Inc/Adtalem Global Education,    Student Accounts Ctr.,    1200 E. Diehl Rd.,
             Naperville, IL 60563-9347
13882713    Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 55116-0408
13614777   +First Source,    PO Box 628,    Buffalo, NY 14240-0628
13614779   +KML Law Group,    Suite 5000 - Mellon Independence Ctr.,    701 Market Street,
             Philadelphia, PA 19106-1538
13614780   +Linebarger Gogan Blair & Sampson, LLP,    4 Penn Center,    1600 JFK Blvd., Ste 910,
             Philadelphia, PA 19103-2818
13620476   +M&T Bank,    c/o Joshua I. Goldman, Esq.,    KML Law Group P.C.,    701 Market St., Ste. 5000,
             Phila., PA 19106-1541
13839214   +M&T Bank,    c/o Thomas Puleo, Esq.,    KML Law Group PC,    701 Market St., Ste. 5000,
             Phila., PA 19106-1541
13614785   +Northland Group,    PO Box 129,    Thorofare, NJ 08086-0129
13614787   +PA Turnpike Commission,    Violation Processing Ctr,    8000C Derry Street,
             Harrisburg, PA 17111-5287
13614790   +PGW,    1800 North 9th Street,    Philadelphia, PA 19122-2021
13625938   +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
13614789    Penn Credit,    916 S. 14th St,,    P.O. Box 988,    Harrisburg, PA 17108-0988
13614791   +Philadelphia Parking,    Red Light Camera Program,    2467 Grant Avenue,
             Philadelphia, PA 19114-1004
13614794   +Revenue Collection Bureau,    5900 Torresdale Avenue,    Philadelphia, PA 19135-4127
13614795   +Us Dept Of Ed/Glelsi,    Po Box 7860,    Madison, WI 53707-7860
13614792    philadelphia parking authority,    2467 grant avenue,    Philadelphia, PA 19114-1004
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: megan.harper@phila.gov Dec 31 2019 02:34:38     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 31 2019 02:34:18
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 31 2019 02:34:37     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13614786    E-mail/Text: ally@ebn.phinsolutions.com Dec 31 2019 02:34:07     Nuvell,
             5700 Crooks Rd Ste 301,    Troy, MI 48098
13614745    E-mail/Text: legal@arsnational.com Dec 31 2019 02:34:13     ARS Nat4ional Services Inc.,
             P.O. Box 463023,    Escondido, CA 92046-3023
13614743    E-mail/Text: EBNProcessing@afni.com Dec 31 2019 02:34:31     Afni,    POBox 3427,
             Bloomington, IL 61702-3427
13651670    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 31 2019 02:36:01
             American InfoSource LP as agent for,    Verizon,    PO Box 248838,
             Oklahoma City, OK  73124-8838
13710480   +E-mail/Text: megan.harper@phila.gov Dec 31 2019 02:34:38
             CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT,    BANKRUPTCY GROUP, MSB,
             1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13614749   +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 31 2019 02:34:55     Credit Coll,
             Po Box 9134,    Needham, MA 02494-9134
13614751   +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 31 2019 02:34:55
             Credit Collection Services,    Two Wells Avenue,    Dept. 9133,    Newton Center, MA 02459-3225
13614752   +E-mail/PDF: creditonebknotifications@resurgent.com Dec 31 2019 02:36:01     Credit One Bank Na,
             Po Box 98875,    Las Vegas, NV 89193-8875
13614754   +E-mail/Text: electronicbkydocs@nelnet.net Dec 31 2019 02:34:29     Dept Of Education/Neln,
             121 S 13th St,    Lincoln, NE 68508-1904
13614776   +E-mail/Text: bknotice@ercbpo.com Dec 31 2019 02:34:29     Enhanced Recovery Company LLC,
             PO Box 23870,    Jacksonville, FL 32241-3870
```

```
District/off: 0313-2          User: Randi              Page 2 of 3               Date Rcvd: Dec 30, 2019
                              Form ID: 138NEW          Total Noticed: 60


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13614778       +E-mail/Text: bankruptcy@flagshipcredit.com Dec 31 2019 02:34:32      Flagship Credit Accept,
                 3 Christy Dr Ste 201,    Chadds Ford, PA 19317-9670
13615363       +E-mail/Text: bankruptcy@flagshipcredit.com Dec 31 2019 02:34:32      Flagship Credit Acceptance,
                 P.O. Box 3807,    Coppell, TX 75019-5877
13710699        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 31 2019 02:36:01
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13634485        E-mail/Text: camanagement@mtb.com Dec 31 2019 02:34:13      M&T BANK,    PO BOX 1288,
                 Buffalo, NY 14240
13614781        E-mail/Text: camanagement@mtb.com Dec 31 2019 02:34:13      M&T Bank,    1100 Wehrle Drive,
                 Buffalo, NY 14240
13614783       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 31 2019 02:34:27      MCM,    Dept 12421,    POB 603,
                 Oaks, PA 19456-0603
13614782       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 31 2019 02:34:27      MCM,    PO Box 939019,
                 San Diego, CA 92193-9019
13614784       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 31 2019 02:34:27      Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
13614788       +E-mail/Text: bankruptcygroup@peco-energy.com Dec 31 2019 02:34:12      PECO,
                 2301 Market Street,    Philadelphia, PA 19103-1380
13631935        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 31 2019 02:36:28
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13614793       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 31 2019 02:46:53
                 Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
13628265       +E-mail/Text: electronicbkydocs@nelnet.net Dec 31 2019 02:34:29      U.S. Department of Education,
                 C/O Nelnet,    3015 South Parker Road, Suite 400,    Aurora, CO 80014-2904
13614798       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 31 2019 02:34:06
                 Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
13614800        E-mail/Text: megan.harper@phila.gov Dec 31 2019 02:34:38      Water Revenue Bureau,
                 1401 JFK Blvd.,    Philadelphia, PA 19102-1663
13614801       +E-mail/Text: bnc-bluestem@quantum3group.com Dec 31 2019 02:34:52      Webbnk/Fhut,
                 6250 Ridgewood Roa,    Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 28

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             Educational Credit Management Corporation,    P.O. Box 16408,   St. Paul, MN   55116-0408
13614741*      +Aes/Pheaa,    Po Box 61047,    Harrisburg, PA 17106-1047
13614742*      +Aes/Pheaa,    Po Box 61047,    Harrisburg, PA 17106-1047
13614744*       Afni,    POBox 3427,    Bloomington, IL 61702-3427
13614750*      +Credit Coll,    Po Box 9134,    Needham, MA 02494-9134
13614755*      +Dept Of Education/Neln,    121 S 13th St,    Lincoln, NE 68508-1904
13614756*      +Dept Of Education/Neln,    121 S 13th St,    Lincoln, NE 68508-1904
13614757*      +Dept Of Education/Neln,    121 S 13th St,    Lincoln, NE 68508-1904
13614758*      +Dept Of Education/Neln,    121 S 13th St,    Lincoln, NE 68508-1904
13614759*      +Dept Of Education/Neln,    121 S 13th St,    Lincoln, NE 68508-1904
13614760*      +Dept Of Education/Neln,    121 S 13th St,    Lincoln, NE 68508-1904
13614761*      +Dept Of Education/Neln,    121 S 13th St,    Lincoln, NE 68508-1904
13614762*      +Dept Of Education/Neln,    121 S 13th St,    Lincoln, NE 68508-1904
13614763*      +Dept Of Education/Neln,    121 S 13th St,    Lincoln, NE 68508-1904
13614764*      +Dept Of Education/Neln,    121 S 13th St,    Lincoln, NE 68508-1904
13614765*      +Dept Of Education/Neln,    121 S 13th St,    Lincoln, NE 68508-1904
13614766*      +Dept Of Education/Neln,    121 S 13th St,    Lincoln, NE 68508-1904
13614767*      +Dept Of Education/Neln,    121 S 13th St,    Lincoln, NE 68508-1904
13614768*      +Dept Of Education/Neln,    121 S 13th St,    Lincoln, NE 68508-1904
13614769*      +Dept Of Education/Neln,    121 S 13th St,    Lincoln, NE 68508-1904
13614770*      +Dept Of Education/Neln,    121 S 13th St,    Lincoln, NE 68508-1904
13614771*      +Dept Of Education/Neln,    121 S 13th St,    Lincoln, NE 68508-1904
13614772*      +Dept Of Education/Neln,    121 S 13th St,    Lincoln, NE 68508-1904
13614773*      +Dept Of Education/Neln,    121 S 13th St,    Lincoln, NE 68508-1904
13614774*      +Dept Of Education/Neln,    121 S 13th St,    Lincoln, NE 68508-1904
13882714*       Educational Credit Management Corporation,    P.O. Box 16408,   St. Paul, MN 55116-0408
13882715*       Educational Credit Management Corporation,    P.O. Box 16408,   St. Paul, MN 55116-0408
13614796*      +Us Dept Of Ed/Glelsi,    Po Box 7860,    Madison, WI 53707-7860
13614747      ##+Convergent Healthcare Recoveries,    124 SW Adams Street,    Suite 215,    Peoria, IL 61602-2321
13614797      ##+Van Ru Credit Corp.,    1350 E. Touhy Ave.,    Suite 300E,    Des Plaines, IL 60018-3342
13614799      ##+Violation Processing Center,    PO Box 41578,    Des Moines, IA 50311-0510
                                                                                            TOTALS: 0, * 28, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by file USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: Randi                  Page 3 of 3                  Date Rcvd: Dec 30, 2019
                              Form ID: 138NEW              Total Noticed: 60
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 30, 2019 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Renata D Bradley dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    M&T Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Credit Acceptance Corporation
               ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                           TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Renata D Bradley
      Debtor(s)

Bankruptcy No: 15−17405−elf
Chapter: 13

---

## NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

For The Court
Timothy B. McGrath
Clerk of Court

Dated: 12/30/19

57 − 56
Form 138_new