United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Renata D Bradley  
     Debtor

Case No. 15-17405-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2　　User: Randi　　　　Page 1 of 1　　　　Date Rcvd: Jan 30, 2020  
　　　　　　　　　　　Form ID: 195　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2020.  
db　　　　　+Renata D Bradley,　8116 Forrest Avenue,　Philadelphia, PA 19150-2402

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2020　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2020 at the address(es) listed below:  
    DAVID M. OFFEN　on behalf of Debtor Renata D Bradley dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com  
    JOSHUA ISAAC GOLDMAN　on behalf of Creditor　M&T Bank bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
    THOMAS I. PULEO　on behalf of Creditor　M&T Bank tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
    United States Trustee　USTPRegion03.PH.ECF@usdoj.gov  
    WILLIAM C. MILLER, Esq.　ecfemails@ph13trustee.com,　philaecf@gmail.com  
    WILLIAM EDWARD CRAIG　on behalf of Creditor　Credit Acceptance Corporation ecfmail@mortoncraig.com,　mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Renata D Bradley  : Case No. 15−17405−elf
    Debtor(s)

***ORDER***
_____

    AND NOW, this day , January 30, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

    By The Court

    Eric L. Frank
    Judge , United States Bankruptcy Court

61
Form 195